IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRANCES A. BROWN                                                                      PLAINTIFF

V.                                       NO. 4:04CV00321 JWC

JO ANNE B. BARNHART,                                                                DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 22nd day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE